# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5029**              **September Term 2007**

07cv00777

**Filed On: June 9, 2008** [1120711]

Arthur Cota,

    Appellant

v.

Michael B. Mukasey, Attorney General and District of Columbia,

    Appellees



## ORDER

By order filed March 14, 2008, directing appellant to file certain submissions to this court, by April 14, 2008. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. To date, appellant has not complied with the court's March 14, 2008 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by July 24, 2008.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                       BY:   /s/
                              Elizabeth V. Scott
                              Deputy Clerk

A True copy:

        United States Court of Appeals
        for the District of Columbia Circuit

By: _____ Deputy Clerk